```
               UNITED STATES DISTRICT COURT

                DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                      Criminal No. 05-cr-145-01-SM

<u>Jane M. Cook</u>

### ORDER OF RECUSAL

As I own stock in Bank of America, a corporation that would be entitled to restitution from the defendant, I am required to, and hereby do recuse myself from presiding over this case.  See 28 U.S.C. § 455(b)(4).

**SO ORDERED.**

                                            _____
                                            Steven J. McAuliffe
                                            Chief Judge

December 16, 2005

cc:  Arnold H. Huftalen, Esq.
     Jeffrey S. Levin, Esq.